UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:                                            Case No.  08-32008-H3-7

**DUNCAN E OPPENHEIM**

                               **Chapter 7**

          Debtor(s).         **APPLICATION TO PAY FUNDS INTO**
                                   **THE REGISTRY UNDER 11 U.S.C. §347 (a)**

The undersigned trustee reports:

____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated 06/09/11                                    /s/ Ronald J. Sommers
                                                          Ronald J. Sommers
                                                          2800 POST OAK BLVD 61st Floor
                                                          Houston, TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 9th day of June, 2011.

                                                          /s/ Ronald J. Sommers
                                                          Ronald J. Sommers

## EXHIBIT "A"

Please check one:

  __        Small Dividends

 XX        Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Remax-Fulshear<br>29818 FM 1093, Suite 108<br>Fulshear, TX 77441-3919 | 10 | 111.35 |
| American Express Travel Related Services Corp. Card<br>c/o Beckett & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 8 | 1.97 |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL:** |  | **$113.32** |